UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Eugenio Melendez,

                Plaintiff,

-against-

Nancy A. Berryhill,

                Defendant.

1:18-cv-00562 (VEC) (SDA)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/30/2020

**STEWART D. AARON, United States Magistrate Judge:**

The Court is in receipt of Plaintiff counsel's Motion for Attorney's Fees pursuant to 42 U.S.C. § 406(b)(1). (*See* ECF No. 25.) The Government shall respond to the motion no later than April 10, 2020.

**SO ORDERED.**

DATED:    New York, New York
                March 30, 2020

_____
STEWART D. AARON
United States Magistrate Judge